THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE METROPOLITAN STREET RAILWAY COMPANY, Appellant and Respondent, *v.* STATE BOARD OF TAX COMMISSIONERS, Respondent and Appellant.

THE CITY OF NEW YORK, Intervenor, Respondent and Appellant.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADRIAN H. JOLINE et al., as Receivers of the METROPOLITAN STREET RAILWAY COMPANY, Appellants and Respondents, *v.* STATE BOARD OF TAX COMMISSIONERS, Respondent and Apppellant.

THE CITY OF NEW YORK, Intervenor, Respondent and Appellant.

(Submitted November 9, 1914; decided November 17, 1914.)

MOTIONS to amend remittiturs. (See 212 N. Y. 606, 607.)

Motions granted and remittiturs amended so as to read: Order affirmed and the disbursements for printing the record on appeal herein be divided equally between the relator and the city of New York.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES KAYE, Appellant.

(Submitted November 9, 1914; decided November 17, 1914.)

Motion for re-argument denied, without costs. (See 212 N. Y. 407.)